NO. SCPW-12-0000832

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MICHAEL C. TIERNEY, Petitioner,

vs.

JACK SCHWEIGERT, Court-Appointed Attorney, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 08-1-0869)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner Michael C. Tierney's petition for a writ of mandamus, the supporting documents, and the record, it appears that on October 9, 2012, court-appointed counsel, Jack Schweigert, filed a motion to withdraw as counsel in Cr. No. 08-1-0869. Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, October 19, 2012.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Simeon R. Acoba, Jr.
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack

